UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVAAR G.,

       Plaintiff,                                         Case No. 22-cv-12818

v.                                                     Paul D. Borman
                                                       United States District Judge

COMMISSIONER OF                    Elizabeth A. Stafford
SOCIAL SECURITY,                    United States Magistrate Judge

       Defendant.

_____/

**ORDER**
**(1) ADOPTING MAGISTRATE JUDGE ELIZABETH A. STAFFORD'S JANUARY 30, 2024 REPORT AND RECOMMENDATION (ECF NO. 16), (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 13), (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 15), AND (4) AFFIRMING THE FINDINGS OF THE COMMISSIONER**

On January 30, 2024, Magistrate Judge Elizabeth A. Stafford issued a Report and Recommendation addressing cross-motions for summary judgment filed in this matter. (ECF No. 16.) In the Report and Recommendation, Magistrate Judge Stafford recommends that Plaintiff's Motion for Summary Judgment (ECF No. 13) be denied, Defendant's Motion for Summary Judgment (ECF No. 15) be granted, and the Commissioner's decision be affirmed under sentence four of 42 U.S.C. § 405(g). (ECF No. 16.)

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. L.R. 72.1(d), the Court **ADOPTS** the Report and Recommendation (ECF No. 16), **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 13), **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 15), and **AFFIRMS** the findings of the Commissioner.

IT IS SO ORDERED.

Dated: February 15, 2024	s/ Paul D. Borman
	Paul D. Borman
	United States District Judge