UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAVAAR G.,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

Case No. 22-cv-12818

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

## JUDGMENT

For the reasons stated in an Order issued this day, it is ORDERED AND ADJUDGED that: (1) Magistrate Judge Elizabeth A. Stafford's January 30, 2024, Report and Recommendation is ADOPTED; (2) the Commissioner's Motion for Summary Judgment is GRANTED; (3) Plaintiff's Motion for Summary Judgment is DENIED; and (4) the findings of the Commissioner are AFFIRMED. Judgment is entered in favor of Defendant and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: February 15, 2024

s/ Paul D. Borman
Paul D. Borman
United States District Judge